```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 19725
    JOSEPH D LEVY
    PRINCERRA M LEVY                            CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-9596      SSN XXX-XX-3429

-----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/24/07 and confirmed on 12/27/07.

    2.  The case was dismissed after confirmation, 09/05/2008.

    3.  The Debtor paid a total of $    6295.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | .00 | .00 | .00 |
| CIT GROUP CONSUMER FINAN | SECURED | .00 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | SECURED VEHIC | .00 | .00 | .00 |
| NISSAN MOTOR ACCEPTANCE | SECURED VEHIC | 22110.00 | 1427.27 | 2623.81 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| ADT SECURITY SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| AIS SERVICES | UNSECURED | 667.97 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1503.35 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 867.84 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 924.58 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 385.54 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED PATHOLOGISTS/ | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4353.40 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3560.85 | .00 | .00 |
| BALLYS | UNSECURED | NOT FILED | .00 | .00 |
| CACH LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 763.13 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CBE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CHECK INTO CASH | UNSECURED | NOT FILED | .00 | .00 |
| CHILDRENS PLACE | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | 875.00 | .00 | .00 |
| CITY OF JOLIET | UNSECURED | 60.00 | .00 | .00 |
| FAMILY PRACTICE CONSULTA | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK MARI | UNSECURED | NOT FILED | .00 | .00 |

```
HARRIS & HARRIS LTD          UNSECURED      NOT FILED          .00          .00
ECAST SETTLEMENT CORPORA     UNSECURED       3273.30           .00          .00
ECAST SETTLEMENT CORPORA     UNSECURED        815.85           .00          .00
THE WOODLANDS OF CRESTHI     UNSECURED       1484.02           .00          .00
ILLINOIS STUDENT ASSIST      UNSECURED      21452.45           .00          .00
JOLIET RADIOLOGICAL SERV     UNSECURED      NOT FILED          .00          .00
ROUNDUP FUNDING LLC          UNSECURED        997.47           .00          .00
WORLD FINANCIAL NETWORK      UNSECURED        693.33           .00          .00
LOU HARRIS                   UNSECURED      NOT FILED          .00          .00
NORTHEASTERN ILLINOIS UN     UNSECURED      NOT FILED          .00          .00
NES/SIC                      UNSECURED      NOT FILED          .00          .00
PRAIRIE EMERGENCY SERVIC     UNSECURED      NOT FILED          .00          .00
PRIME ACCEPTANCE CORP        UNSECURED       4603.89           .00          .00
PROVENA ST JOSEPH MEDICA     UNSECURED      NOT FILED          .00          .00
PORTFOLIO RECOVERY ASSOC     UNSECURED        677.82           .00          .00
SALLIE MAE GUARANTEE SER     UNSECURED      NOT FILED          .00          .00
PORTFOLIO RECOVERY ASSOC     UNSECURED        542.00           .00          .00
TARGET NATIONAL BANK         UNSECURED        301.30           .00          .00
THE CASH STORE               UNSECURED      NOT FILED          .00          .00
THE CHILDRENS PLACE          UNSECURED      NOT FILED          .00          .00
UNIVERSITY FIDELITY CORP     UNSECURED      NOT FILED          .00          .00
US DEPARTMENT OF EDUCATI     UNSECURED      12485.29           .00          .00
AFNI/ VERIZON WIRELESS       UNSECURED        973.22           .00          .00
WORLD FINANCIAL NETWORK      UNSECURED        681.68           .00          .00
COURTYARDS OF WOODSIDE A     SECURED         1590.96           .00       265.20
ILLINOIS STUDENT ASSIST      UNSECURED      10833.64           .00          .00
NES/SIC                      UNSECURED      NOT FILED          .00          .00
NES/SIC                      UNSECURED      NOT FILED          .00          .00
NES/SIC                      UNSECURED      NOT FILED          .00          .00
NES/SIC                      UNSECURED      NOT FILED          .00          .00
NES/SIC                      UNSECURED      NOT FILED          .00          .00
SALLIE MAE GUARANTEE SER     UNSECURED      NOT FILED          .00          .00
SALLIE MAE GUARANTEE SER     UNSECURED      NOT FILED          .00          .00
SALLIE MAE GUARANTEE SER     UNSECURED      NOT FILED          .00          .00
AT&T MOBILITY LLC            UNSECURED      NOT FILED          .00          .00
CHASE MANHATTAN BANK USA     UNSECURED      NOT FILED          .00          .00
COMED                        UNSECURED        246.80           .00          .00
------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------------
IL DEPT OF EMPLOYMENT SE     PRIORITY       NOT FILED          .00          .00
NISSAN MOTOR ACCEPTANCE      UNSECURED        120.02           .00          .00
ROUNDUP FUNDING LLC          UNSECURED        404.38           .00          .00
RESURGENT CAPITAL SERVIC     UNSECURED        566.39           .00          .00
PORTFOLIO RECOVERY ASSOC     UNSECURED        946.38           .00          .00
         Summary of disbursements:
------------------------------------------------------------------------------
                 SECURED       PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  23700.96        .00     76060.89         .00      99761.85
PRINCIPAL PAID       2889.01        .00          .00         .00       2889.01
INTEREST PAID        1427.27        .00          .00         .00       1427.27
TOTAL PAID           4316.28        .00          .00         .00       4316.28
The Debtor's attorney, JOHN C DENT                 , was allowed $    3500.00
and was paid $    295.00  direct and $   1630.45  through the plan.

The Trustee received $     348.27 .

Refunds to the Debtor totaled $        .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 12/17/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




PAGE   3
CASE NO. 07 B 19725 JOSEPH D LEVY & PRINCERRA M LEVY